UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANCY JO GRANT,

        Petitioner,

vs.                          Case No. 2:08-cv-154-FtM-34DNF

VERNON L. KEEN, Sheriff, DeSoto County Sheriff's Office and Director, DeSoto County Department of Corrections,

        Respondent.
_____

## ORDER[1]

This matter comes before the Court upon review of "Petitioner's Objection to the Magistrate Judge's Order of February 26, 2008"[2] (Doc. #6, Objection), filed February 27, 2008.

Petitioner seeks district court review of the magistrate judge's Order directing the Respondents to file a Response to the Petition for Writ of Habeas Corpus within thirty (30) days from the date on the Order. See generally Objection. Petitioner objects to the Court allowing Respondents thirty (30) days to respond and

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

[2] On the docket, however, Petitioner labels the pleading "Appeal of Magistrate Judge [sic] to District Court by . . .[Petitioner]." See docket.

instead requests that the Court allow Respondents two (2) days to respond to the Petition. Objection at 4. Petitioner argues that a thirty-day delay "vitiates the purpose of the great writ that: 'substantial justice, promptly administered, is ever the rule in habeas corpus.'" Id. at 2.

A district court reviews the non-dispositive orders of a magistrate judge to determine whether the order is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). Having reviewed the Order and the Objections, the Court concludes that the Order is neither clearly erroneous, nor is it contrary to the law. A magistrate judge has the authority to enter orders to show cause and any other orders necessary to develop a complete record. See United States District Court, Middle District of Florida, Local Rule 6.01(c)(17). Moreover, the advisory committee notes under Rule 4, Rules Governing Section 2254 Cases in the United States District Courts, explains that Rule 4 "contains no fixed time requirement," and "gives the court the discretion to take into account various factors such as the respondent's workload and the availability of transcripts before determining a time within which an answer must be made." See generally Rule 4.

ACCORDINGLY, it is hereby

**ORDERED:**

Petitioner's Objection to the Magistrate Judge's Order of February 26, 2008" (Doc. #6) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida, on this 5th day of March, 2008.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record